UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2015 JUL 17 PM 12: 32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BATLINER,<br><br>　　　　　　　　　Defendant. | CASE NO. 14CR0357-CAB<br><br>TM<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

_X_　of the offense(s) as charged in the Indictment/Information:

Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Matters Containing Images of Minors Engaged in Sexually Explicit Conduct; Title 18 U.S.C. Sec. 2232(a) - Destruction of Removal of Property to Prevent Search or Seizure.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 17, 2015

Cathy Ann Bencivengo
U.S. District Judge